## RECONSIDERATION OF PRIOR DECISIONS

2010–2225.   State v. Miller.

Clark App. No. 08CA0090, 2010-Ohio-4760. Reported at 128 Ohio St.3d 1432, 2011-Ohio-1340, 943 N.E.2d 1027. On motion for reconsideration. Motion granted and appeal reinstated. Appellant shall resubmit a memorandum in support of jurisdiction, with the case number indicated on the cover page of the memorandum, within 30 days of the date of this entry.